IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MEG FRAMPTON, | § | |
|       Plaintiff, | § | |
| v. | § | |
| | § | A-23-CV-1490-ML |
| HOBBY LOBBY STORES, INC., and | § | |
| DOES 1 through 10, | § | |
|       Defendants. | § | |

## NOTICE

On March 11, 2025, Plaintiff Meg Frampton and Defendant Hobby Lobby Stores, Inc. filed a joint stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 39.

In light of the dismissal stipulation, this court no longer has jurisdiction over this action. "The court lost jurisdiction when the parties voluntarily dismissed the entire suit under Rule 41(a)(1)(A)(ii)." *Def. Distributed v. United States Dep't of State*, 947 F.3d 870, 872 (5th Cir. 2020). A stipulation of dismissal dismisses the action "without a court order." *Id.* at 873 (quoting FED. R. CIV. P. 41(a)(1)(A)(ii)). Accordingly, the Clerk's Office is directed to **CLOSE** this case.

SIGNED March 11, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE